1  WILLIAM R. TAMAYO, #084965 (CA)
   JONATHAN T. PECK, #12303 (VA)
2  MARCIA L. MITCHELL #18122 (WA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5651
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7

8  KURT WILSON #121163
   CAITLIN E. KAUFMAN #238424
   **SWEENEY, MASON, WILSON & BOSOMWORTH**
9  A Professional Corporation
   983 University Avenue, Suite 104C
10 Los Gatos, CA  95032-7637
   Telephone No. (408) 356-3000
11 Fax No. (408) 356-8839

12 Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>TRIMBCO, INC. dba SHARP PRECISION MANUFACTURING<br>    Defendant. | **CIVIL ACTION NO. 06-06141 PVT**<br><br>**STIPULATED MOTION TO CONTINUE ALL DEADLINES AND [XXXXXXXXXX] ORDER** |

Plaintiff, Equal Employment Opportunity Commission, and Defendant, Trimbco, Inc. jointly move the Court to extend the deadlines set forth in the Order dated November 12, 2007 by one hundred twenty (120) days. One previous extensions of time has been requested and granted in this case.

The parties request an extension because they have been and continue to be actively engaged in settlement discussions and have reached a conditional settlement of the case. Before settlement

**STIP. MOT. TO EXTEND
DEADLINES;[PROPOSED] ORDER
06-06141- PWT**

can be finalized, the parties will need to gather, exchange and review certain documents and may need to retain experts to assist in the review of the documents. The parties are continuing to work with the court-appointed mediators as part of these efforts. The parties propose the following modification to the schedule to enable them to continue to focus their efforts on resolving the case.

| Action | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff's Designation of Experts | October 12, 2007 | June 9, 2008 |
| Defendant's Designation of Experts | November 9, 2007 | July 7, 2008 |
| Fact and Expert Discovery Cut-off | December 21, 2007 | September 22, 2008 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m., March 25, 2008 | 10:00 a.m. November 24, 2008 |
| Final Pretrial Conference | 2:00 p.m. May 13, 2008 | January 9, 2009 |
| Trial | 9:30 a.m. June 9, 2008 | February 6, 2009 |

Dated: February 28, 2008                             _____//s//_____

MARCIA L. MITCHELL
JONATHAN T. PECK
Attorneys for Plaintiff, EE0C


_____//s//_____

KURT WILSON
CATILIN E. KAUFMAN
Attorneys for Defendant, Trimbco, Inc.

**CASE MANAGEMENT ORDER**

The motion for a continuance is GRANTED and the court hereby adopts the proposed schedule listed above.

**IT IS SO ORDERED.**

Dated: February\_\_29\_\_, 2008                 _____
PATRICIA V. TRUMBULL
United States Magistrate Judge