WILLIAM R. TAMAYO, #084965 (CA)
JONATHAN T. PECK, #12303 (VA)
MARCIA L. MITCHELL #18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5651
Fax No. (415) 625-5657

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>TRIMBCO, INC. dba SHARP PRECISION MANUFACTURING<br>  Defendant. | **CIVIL ACTION NO. 06-06141 PVT**<br><br>**DECLARATION OF MELINDA SAFFORD IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Melinda Safford, declare:

1. I was designated a claimant in this action by Plaintiff Equal Employment Opportunity Commission ("EEOC") based on my experiences working for Defendant Trimbco, Inc., d/b/a Sharp Precision Manufacturing ("Sharp"). I have read the contents of this declaration and am familiar with the assertions contained herein.

2. I worked at Sharp as Customer Accounts Manager from January 2007 until May 2007.

3. Chuck Trimble, the President and CEO, seemed like a nice guy at first, but he started yelling at me after my first two weeks at Sharp. He constantly swore at me and told me that I was useless, calling me names like, "fucker," "stupid fucker," "bitch," and "fucking moron." Sometimes Trimble would point his finger in my face or yell at me with his face so close that I felt his spit.

4. I was appalled by Trimble's behavior. Even though I consider myself a tough person,

Trimble's words made me feel so attacked that I would often cry. Many other employees saw me crying at work. Andrew Mandel, with whom I shared an office space, would always bring me a tissue. Ray Steele, a buyer, would see me sobbing and ask me if I wanted him to go talk to Trimble.

5. When Trimble saw me cry, he would say, "Oh, don't start – you fucking whining bitches have got to go," or "Stop whining, fucking bitch," spitting and waving his finger in my face. I often drove home from work bawling.

6. Trimble was mean to everyone in the office, but he treated women worse than he treated men. Whereas he talked about male employees behind their back, he would yell at women in front of their faces. He also screamed at female employees while sitting in his office. When I confronted Trimble about how he treated male employees like Mandel and Steele better, Trimble responded, "Don't blame me because you're a woman."

7. Trimble told me that he hated women and wanted to get rid of all of us because we were a bunch of whining bitches who were conniving, sneaky and dirty. When I said, "Thanks a lot." He said, "I can't help it if you're a woman."

8. One time when I was in an open area, a machinist asked for my job title. Trimble yelled out, "Chuck's bitch!" I asked Trimble what he had said, and he responded, "You heard me." I asked my coworker Leslie Voss what Trimble said, and she repeated, "Chuck's bitch." When I walked off crying he said, "Oh, she must be PMS-ing," meaning he thought I was suffering from "Pre-Menstrual Syndrome."

9. Many people said that Trimble was a jerk, but I thought that if I worked really hard and did my job well, he would not treat me badly. I was wrong. Trimble would tell me not to leave until my work was done, so I often worked overtime until 8 or 9 at night. No matter how hard I worked, he still treated me poorly.

10. One day in mid-April, I stayed at work for more than 17 hours. Trimble had originally assigned my co-worker, Scott, a project to program all of the company cell phones, but Scott said he did not have time to do it. Trimble then reassigned the project to me, saying I could not leave until I finished. I protested that this was unfair because this was initially Scott's

1    project, but Trimble said, "Oh well." When I said I did not know how to program the phones
2    and asked for the manual, Trimble said, "Any moron can do it, Linda." At one point, I
3    programmed a phone improperly, and Trimble picked it up and threw it. I felt like I was
4    going to have a nervous breakdown.

5    11. One Friday evening after I left work, Trimble called me and demanded that I come back to
6    change the printer toner, saying "Flip the fucking car back now and come change the toner."
7    I told Trimble that Mike, my boyfriend, would be really angry because we had plans.
8    Trimble told me, "Well don't come back to work on Monday."

9    12. At one point, Trimble asked me to work on a list of current and past employees, ostensibly
10   for tax purposes. He asked me to take certain names off the list even though they were
11   employees. Then behind closed doors, Trimble asked me to sign under penalty of perjury
12   that the list was accurate. I refused because the list was missing the names he took off.
13   Trimble said to me, "See what the fuck you started stupid bitch, now I'm fucked."

14   13. I also witnessed Trimble treat my co-workers poorly and his treatment of them negatively
15   affected me. For example, he was extremely demeaning to Leslie Voss, a young receptionist.
16   One time, I heard him call Leslie Voss a "fucking whining pendeja." Pendeja is slang for
17   idiot in Spanish. When I stood up for her, he called me a pendeja too. He treated Michelle
18   Yamaguchi, who was in accounting, badly as well. When I first started working at Sharp,
19   she warned me about Trimble, saying that I should be careful around him and try to leave the
20   company as soon as I could.

21   14. It seemed to me that to Trimble, a woman was either a bitch or someone he wanted to sleep
22   with. Trimble was not necessarily mean to the latter group, but he would behave in a
23   disgusting manner toward them. For example, Trimble did not pick on Candie Mandalo, the
24   human resources manager, but he did seem romantically interested in her. He would say that
25   Mandalo was cut and had a hot body, and he would stare at her butt and her breasts when he
26   talked to her. He even commented on her butt in front of her. One time when she bent over,
27   he put his mouth toward her butt like he was going to bite it and made a growling noise. He
28   also flirted with her a lot. For example, when she mentioned being in bed, he said, "Ooh, I

3.

wish I was there." I asked Mandalo if the comments bothered her, and she responded that if she did not put up with Trimble's flirtation, he would treat her the way he treated me. She also said that she did not protest his behavior because she needed the job. He also made comments about Voss, saying "She thinks she's hot with her little body running around." Even if this treatment did not bother these women, it made me feel very uncomfortable to hear this crude talk.

15. I was also offended by Trimble making racist statements such as "Go out and get rice for the Asians, the gooks" and "ask one of them dumb Mexicans." After I told Trimble about my Native American heritage he called me a "Wagon Burner." I asked him not to say such things, but he blew me off.

16. I frequently went to HR Manager Candie Mandalo's office in tears, telling her that I could not deal with Trimble's behavior. I begged Mandalo to get Trimble to stop. She would say, "I know, honey. I know he's a prick. You know he won't listen to me." Trimble's behavior persisted. Trimble would go into Mandalo's office and tell her that if I was "fucking whining" again, I would be fired. One time, Trimble walked by and called Mandalo a pussy.

17. I tried to fight back. I told Trimble that I had never disrespected him as my boss, but he made me feel uncomfortable. I asked for him to show me a little respect. However, his behavior did not change.

18. Around the second week of March, I tried to quit, but Trimble talked me into staying. He reminded me that I could not afford to quit because I did not have another job lined up, and my boyfriend was not working at the time. He said, "You're so sensitive." He said that I did a good job at work, and that he was just trying to make me better. He promised to treat me better, but he did not change after this conversation.

19. In May, Trimble made me and two of my male coworkers stay late at the office. The men left early, but Trimble would not let me leave until I completed an assignment, saying, "Come on moron, you can do it. Put your thinking cap on." When I went home, I sent Trimble and Mandalo an e-mail complaining that I could not stand being mistreated by Trimble anymore. The next morning, Mandalo called me at home and told me that I had

been laid off. I was surprised because I had seen the list of projected layoffs the day before, and my name was not on the list. Mandalo later told me that Trimble had asked that I be added to the layoff list after I sent the e-mail. I think he retaliated against me for complaining.

20. Trimble's behavior caused me to hate my job, and I had never hated working before. No one had ever treated me as badly in my previous jobs. No one had ever thrown things around me, sworn at me, or called me insulting names the way Trimble did.

21. I frequently cried during work, and I cried at least three days a week after work. I also could not sleep, despite the fact that I had previously slept soundly for nine hours without interruption. I started tossing and turning, waking up almost every hour, and getting up to smoke in the middle of the night. I gained 20 pounds, and I started feeling nauseous all the time due to stress and anxiety. I had to go to the bathroom and vomit several times during meetings with Trimble because I was so nervous. I called my friend every morning and talked with her about how miserable I was.

22. Working at Sharp negatively affected my relationship with Mike, my boyfriend of fifteen years. Since I came home crying so often, Mike and I began fighting every day about my working at Sharp. Mike was protective of me, and he wanted to beat up Trimble because he treated me so badly. Mike wanted me to quit, but I was afraid to leave because finances were tight. I became afraid to tell Mike about work because I did not want him to force me to quit. However, by April, I started sending out my resume to look for another job.

23. After I lost my job, I became even more upset because I had not done anything wrong to Trimble. I was so depressed that I could not even get out to look for a job for three months. I could not sleep, and I woke up so early that I started called my friend in Wisconsin every morning because she was the only person awake. I just sat at home in my bedroom and did nothing all day, in contrast to my life before Sharp when I used to enjoy gardening and sitting in the front yard. I stopped socializing with people. I wanted to see a mental health counselor because I felt so emotional and strange, but I did not have health insurance.

24. Now, I am extremely wary of how employers treat employees. I am afraid that my future

5.

employer will be like Trimble, appearing to be a nice guy at first and then treating me abusively. I still have a hard time talking about my time at Sharp without crying because it makes me so angry and emotionally upset.

25. In June 2007, I filed a charge of discrimination alleging sexual harassment and retaliation with the EEOC and DFEH.

26. I believe I should be compensated for the severe stress, anxiety, and emotional harm that Sharp caused. I request $50,000.00 in damages for emotional distress, pain, and suffering and in punitive damages.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/17/2008

Melinda Safford