1  WILLIAM R. TAMAYO, #084965 (CA)
   JONATHAN T. PECK, #12303 (VA)
2  MARCIA L. MITCHELL #18122 (WA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5651
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11  EQUAL EMPLOYMENT                      CIVIL ACTION NO. 06-06141 PVT
    OPPORTUNITY COMMISSION,
12
                Plaintiff,               [PROPOSED] ORDER GRANTING MOTION
13        v.                             FOR DEFAULT JUDGMENT

14  TRIMBCO, INC. dba SHARP
    PRECISION MANUFACTURING
15                Defendant.

16

17        On  February 3, 2009, the U.S. Equal Employment Opportunity Commission's (hereinafter

18  the "Commission") motion for Default Judgment against Defendant came on for a hearing before

19  this Court.  Having considered the pleadings and supporting documents submitted in this matter, and

20  having heard the arguments of counsel, the Court finds and rules as follows:

21        The EEOC has shown that a Default Judgment is appropriate in this case.

22        Accordingly, IT IS HEREBY ORDERED THAT:

23
          1.  The U.S. Equal Employment Opportunity Commission's motion for Default
24
              Judgment is GRANTED; and
25
          2.  Defendant shall pay to Liliana Aranda compensatory and punitive damages in the
26
              amount of $50,000.00 (fifty-thousand dollars and no cents).
27

28        3.  Defendant shall pay to Debra Garza compensatory and punitive damages in the

**Proposed Order Granting Motion for Default
Judgment**

**EEOC v. Trimbco, Inc.,  06-06141 PVT**

amount of $50,000.00(fifty-thousand dollars and no cents).

4.  Defendant shall pay to Laura Jennings compensatory and punitive damages in the

    amount of $50,000.00(fifty-thousand dollars and no cents).

5.  Defendant shall pay to Leilani Martinez compensatory and punitive damages in the

    amount of $50,000.00(fifty-thousand dollars and no cents).

6.  Defendant shall pay to Anna McAllister compensatory and punitive damages in the

    amount of $50,000.00(fifty-thousand dollars and no cents).

7.  Defendant shall pay to Melinda Safford compensatory and punitive damages in the

    amount of $50,000.00(fifty-thousand dollars and no cents).

8.  The total judgment for all claimants identified above shall be $300,000.00 (three

    hundred thousand dollars and no cents).

9.  Defendant shall make full payment of the amounts listed above no later than 30 days

    after entry of this judgment.

10. Defendant is hereby ENJOINED from engaging in harassment based on sex and/or

    national origin and any other employment practice which discriminates on the basis

    of sex and/or national origin.

DATED: _____    _____
                            Patricia V. Trumbull
                            United States Magistrate Judge

Submitted by:

    /s/ Marcia L. Mitchell
Marcia L. Mitchell
Senior Trial Attorney
U.S. EEOC

2.