1  WILLIAM R. TAMAYO, #084965 (CA)
   JONATHAN T. PECK, #12303 (VA)
2  MARCIA L. MITCHELL #18122 (WA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5651
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7

8
                       **UNITED STATES DISTRICT COURT**
9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11  EQUAL EMPLOYMENT                     **CIVIL ACTION NO. 06-06141 PVT**
    OPPORTUNITY COMMISSION,
12
              Plaintiff,                 **DECLARATION OF MARCIA L. MITCHELL
13  v.                                   IN SUPPORT OF MOTION FOR DEFAULT
                                         JUDGMENT**
14  TRIMBCO, INC. dba SHARP
    PRECISION MANUFACTURING
15            Defendant.

16

17       I, Marcia L. Mitchell, declare:

18  1.  I am a Senior Trial Attorney employed by the United States Equal Employment Opportunity

19      Commission (EEOC) and I am the lead attorney prosecuting the above-captioned

20      employment discrimination action.

21  2.  In June 2008, I was informed that Defendant, Trimbco, Inc. had ceased operation at its

22      business location at 15500 Concord Circle in Morgan Hill, CA. Nevertheless, I believe that

23
        Trimbco continues to conduct business in the San Jose, California area.
24
25  3.  On  December 18, 2008, I called the phone number (408) 702-2525, and the man who

26      answered the phone said, "Trimble Motor Sports."  The same phone number is also listed on

27      a website for Trimble Motor Sports, www.trimblemotorsports.com.  The address listed for

28      Trimble Motorsports is 3641 Charter Park Dr. D, San Jose, CA  95136.

**Declaration of Marcia L. Mitchell in Support
of Motion for Default Judgment
EEOC v. Trimbco, Inc.,  06-06141 PVT**

1

2

4. I subsequently called the phone number, (408) 898-4614 that had been given to me as a possible number for Sharp Precision.  The person who answered the phone said, "Sharp Precision, this is Ray."  When I told him I hadn't meant to reach him, he asked whether I was trying to contact Sharp Precision or Trimble Motor Sports.  I said, neither.

5. Throughout this litigation, the claimants in this case have informed me that Trimble Motorsports and Sharp Precision essentially operate as one entity.  They share employees and share finances.  Given the information above, I believe that both Trimble Motor Sports and Sharp Precision continue to operate as going concerns and therefore should be subject to the relief requested in the EEOC's motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:    December 21, 2008                          /s/Marcia L. Mitchell
                                                     Marcia L. Mitchell
                                                     Attorney for Plaintiff, EEOC

2.